UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANDRE DERRELL LEE                                   CIVIL ACTION NO. 15-0665-P

VERSUS                                              JUDGE S. MAURICE HICKS, JR.

CHARLES G. TUTT                                     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 18th day of May, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE